IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:04CR17-1 |
| | : | |
| LAMONT LORENZO HOLT | : | |

GOVERNMENT'S RESPONSE TO MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, to file the Government's Response to Motion for Early Termination of Supervised Release.

By Order of August 6, 2018 (DE 63), the Court indicated it was considering granting Defendant Holt's motion to terminate supervised release. (DE 61-62). The Government does not object to the Court's proposed action.

(DE 63). Further, the Government notes that Mr. Holt has completed more than one year of supervised release. See 18 U.S.C. § 3583(e)(1).

This the 14th day of August, 2018.

Respectfully submitted,

MATTHEW G.T. MARTIN
UNITED STATES ATTORNEY

/S/ ANGELA H. MILLER
Assistant United States Attorney
SCSB #11662
United States Attorney's Office
Middle District of North Carolina
4th Floor, 101 South Edgeworth Street
Greensboro, NC 27401-6024
Phone: (336) 333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on the August 14, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James Rainsford, Esq.
Attorney for Defendant Holt

/S/ ANGELA H. MILLER
Assistant United States Attorney
SCSB #11662
United States Attorney's Office
Middle District of North Carolina
4th Floor, 101 S. Edgeworth Street
Greensboro, NC 27401
Phone: (336) 333-5351